·1

# In the United States District Court for the
### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

| | |
|---|---|
| **SHARON K. MILLER**,<br><br>*Plaintiff and counter-defendant*,<br><br>v.<br><br>**UNITED STATES OF AMERICA and THE INTERNAL REVENUE SERVICE**,<br><br>*Defendant and counter-claimant*.<br>- - - - - - - - - - - - - - - - - - - - - -<br><br>**UNITED STATES OF AMERICA**,<br><br>*Third-party plaintiff*,<br>v.<br><br>**A. RONALD TURNER and<br>TERRY G. WHITTINGTON**,<br><br>*Third-party defendants*.<br>- - - - - - - - - - - - - - - - - - - - - -<br><br>**A. RONALD TURNER**,<br><br>*Counter-claimant*,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>*Counter-defendant*. | Case No. 4:10-CV-00796-JMM |

### AGREED ORDER MODIFYING BRIEFING SCHEDULE

At the request of third-party defendant Ronald Turner, and with no opposition from the other parties, the briefing schedule for the pending motion for summary judgment filed by the United States [DOC No. 31] is hereby modified as follows:

- The response deadline for the non-moving parties is Friday, September 7, 2012.

- The reply deadline for the United States is September 28, 2012. Should one or more of the non-moving parties file his or her response prior to September 7, 2012, the United States will nevertheless have until September 28, 2012, in which to reply in case it wishes to file a single reply.

IT IS SO ORDERED this 29th day of August, 2012.

_____
James M. Moody
United States District Judge

Prepared and submitted by:

Guy W. Murphy, Jr. (85-115)
HYDEN, MIRON & FOSTER, PLLC
557 Locust Street
Conway, AR  72034
(501) 336-8822
(501) 336-8688 (fax)
Attorneys for A. Ronald Turner