IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SHARON K. MILLER | PLAINTIFF and<br>COUNTER-CLAIM DEFENDANT |
| V. | 4:10CV00796 JMM |
| UNITED STATES OF AMERICA and<br>THE INTERNAL REVENUE SERVICE | DEFENDANT<br>COUNTER-CLAIMANT<br>THIRD PARTY PLAINTIFF and<br>COUNTER-CLAIM DEFENDANT |
| V. | |
| A. RONALD TURNER | THIRD PARTY DEFENDANT<br>And COUNTER-CLAIMANT |
| V. | |
| TERRY G. WHITTINGTON | THIRD PARTY DEFENDANT |

**JUDGMENT ON JURY VERDICT**

This action came on for trial March 11, 2013, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on March 14, 2013. The jury found in favor of the United States of America and the Internal Revenue Service and against Defendant A. Ronald Turner on the claims made against Defendant Turner. The jury found in favor of Defendant Terry G. Whittington and against United States of America and the Internal Revenue Service on the claims made against Defendant Whittington.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Judgment be entered in favor of United States of America and the Internal Revenue Service as to the claims against A. Ronald Turner.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Judgment be

entered in favor of Terry G. Whittington as to the claims made against him by United States of America and the Internal Revenue Service.

Dated this 29th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE