IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SHARON K. MILLER | PLAINTIFF and<br>COUNTER-CLAIM DEFENDANT |
| V. | 4:10CV00796 JMM |
| UNITED STATES OF AMERICA and<br>THE INTERNAL REVENUE SERVICE | DEFENDANT<br>COUNTER-CLAIMANT<br>THIRD PARTY PLAINTIFF and<br>COUNTER-CLAIM DEFENDANT |
| V. | |
| A. RONALD TURNER | THIRD PARTY DEFENDANT<br>And COUNTER-CLAIMANT |
| V. | |
| TERRY G. WHITTINGTON | THIRD PARTY DEFENDANT |

## JUDGMENT

Pending before the Court is the United States' Unopposed Motion to Amend Judgment (docket # 95).

The United States' Unopposed Motion to Amend Judgment (Docket #95) is GRANTED. Judgment is entered in favor of the United States of America and against Ron Turner in the amount of $540,761.48 plus interest accruing after April 30, 2013 pursuant to law until paid.

Dated this 29th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE